IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES R. SMITH, | : | |
| Plaintiff | : | |
| | : | No. 1:18-cv-00542 |
| v. | : | |
| | : | (Judge Rambo) |
| SCI BENNER TOWNSHIP et al., | : | |
| Defendants | : | |

## ORDER

**AND NOW**, on this 28th day of March 2018, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's complaint (Doc. No. 1), is **DISMISSED with prejudice**; and

2. The Clerk of Court is directed to **CLOSE** this case.

          s/Sylvia H. Rambo
          SYLVIA H. RAMBO
          United States District Judge